THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br>Plaintiff, <br><br> v. <br><br> OXARC, INC., a Washington corporation, <br><br> Defendant. | Case No. 17-1523-RSL <br><br> **ORDER CONTINUING TRIAL AND RELATED DEADLINES** |

This matter came before the Court on the parties' Joint Motion to Modify the Scheduling Order. The Court, having reviewed the parties' Joint Motion, HEREBY ORDERS that:

1. The October 1, 2018 bench trial date is vacated. Trial is set for December 3, 2018.

2. Deadline for reports from expert witness under FRCP 26(a)(2): June 4, 2018;

3. Deadline for motions related to discovery must be filed by: July 3, 2018;

4. Deadline for filing amended pleadings: June 4, 2018;

5. Deadline for discovery to be completed: August 3, 2018;

6. Settlement conference held no later than: August 17, 2018

7. Deadline for all dispositive motions to be filed: September 4, 2018;

8. Deadline for motions in limine to be filed: November 5, 2018;

9. Deadline for agreed pretrial order: November 19, 2018; and

10. Trial briefs and trial exhibits due: November 26, 2018

Dated this 25th day of May, 2018.

*[signature: Robt S Lasnik]*
Robert S. Lasnik
United States District Judge

Presented by:

 */s/ Thomas A. Leahy* 
Russell J Reid, WSBA #2560
Thomas A. Leahy, WSBA #26365
REID, McCARTHY, BALLEW & LEAHY, LLP
100 West Harrison Street, North Tower, Ste. 300
Seattle, WA 98119
Phone: 206-285-0464
Fax:    206-285-8925
Email: rjr@rmbllaw.com

Attorneys for Plaintiff

and

*/s/ Thomas W. McLane* 
Thomas W. McLane, WSBA #12226
Law Firm of Thomas W. McLane, PLLC
103 E. Indiana Avenue, Suite A
Spokane, WA 99207
Phone: 509-290-6968
Fax: 509-326-7503
Email: twm@twmclanelaw.com

Attorney for the Defendant