THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> OXARC, INC., a Washington corporation, <br><br> Defendant. | NO.   C17-1523-RSL <br><br> STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

THE PARTIES above named, through their attorneys Russell J. Reid and Thomas A. Leahy of Reid, McCarthy, Ballew & Leahy, L.L.P., attorneys for Plaintiff, and Thomas W. McLane of the Law Firm of Thomas W. McLane, PLLC, attorney for Defendant, Oxarc, Inc., hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own attorneys' fees and costs.

DATED this 17th day of September, 2018.

REID, McCARTHY, BALLEW & BALLEW, L.L.P.

_____
Russell J. Reid, WSBA #2560
Thomas A. Leahy, WSBA #26365
Attorney for Plaintiff

LAW FIRM OF THOMAS W. McLANE PLLC

_____   WSBA #26365
Thomas W. McLane, WSBA #12226   per telephone authorization
Attorney for Defendant

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE – C17-1523-RSL
Page 1 of 2
G:\01-01999\520\Oxarc Inc. 126685-126686 4-10- COMPEL\Stipulated Dismissal.docx

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925



## ORDER OF DISMISSAL

Based on the foregoing Stipulation of Plaintiff and Defendant,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own attorneys' fees and costs of suit.

    ORDER ENTERED this 18th day of Sept., 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted for Entry:

REID, McCARTHY, BALLEW &
LEAHY, L.L.P.

By _____
Russell J. Reid, WSBA #2560
Thomas A. Leahy, WSBA #26365
Attorneys for Plaintiff

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE – C17-1523-RSL
Page 2 of 2
G:\01-01999\520\Oxarc Inc. 126685-126686 4-10- COMPEL\Stipulated Dismissal.docx

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

